# Court of Appeals
# of the State of Georgia

ATLANTA, April 11, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0894.  CHRISTINA ROBINSON v. FORD MOTOR CREDIT CO, LLC D/B/A MAZDA AMERICAN CREDIT.

The appeal in this case was docketed on January 9, 2014.  Appellants' brief and enumeration of errors were due on January 29, 2014.  As of the date of this Order, the Appellant has not filed her brief and enumeration of errors,  nor has she asked for an extension or otherwise communicated with the Court.  Accordingly, this appeal is hereby dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta ,April 11, 2014*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*